IN THE SUPREME COURT OF THE STATE OF MONTANA

No. 01-320

ANTHEL BROWN, )
)
　　　　Plaintiff and Appellant,, )
)
v. )　　　　　　　　　　　O R D E R
)
STATE OF MONTANA; RICK DAY; MIKE )
MAHONEY, Warden; JANET COX, Records )
Department Supervisor; MONTANA DEPARTMENT )
OF CORRECTIONS; and MONTANA STATE PRISON, )
)
　　　　Defendants and Respondents. )

Pursuant to the Internal Operating Rules of this Court, this cause is classified submitted on briefs to the Court sitting en banc.

The Clerk is directed to mail a true copy of this order to all counsel of record.

DATED this 6th day of December, 2001.

For the Court,

By _____
　　　　　　Chief Justice

FILED

DEC 0 6 2001

Ed Smith
CLERK OF SUPREME COURT
STATE OF MONTANA